IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CORNELL STUBBS**                                                                                    **PLAINTIFF**

**v.**                                                          **CAUSE NO. 1:21CV381-LG-RPM**

**UNKNOWN JORDAN, ET AL.**                                                        **DEFENDANTS**

## FINAL JUDGMENT

**THIS MATTER IS BEFORE THE COURT** due to Plaintiff's failure to respond to the [12] Order to Show Cause entered by Magistrate Judge Robert P. Myers, Jr. For the reasons stated in the Order of Dismissal Without Prejudice entered herewith:

**IT IS THEREFORE ORDERED AND ADJUDGED** that this lawsuit is **DISMISSED WITHOUT PREJUDICE** for failure to timely serve process.

**SO ORDERED AND ADJUDGED** this the 22nd day of June, 2022.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE